Warren E. Jones, ISB No. 1193
Stanley J. Tharp, ISB No. 3883
EBERLE, BERLIN, KADING, TURNBOW,
  MCKLVEEN & JONES, CHTD.
300 North Sixth Street, 2nd Floor
Post Office Box 1368
Boise, ID  83701-1368
Telephone: (208) 344-8535
Facsimile:   (208) 344-8542

Attorneys for Defendant
Stonebridge Benefit Services, Inc,

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BARBARA A. SPENCER<br><br>                    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK, CAPITAL ONE SERVICES, INC., and STONEBRIDGE BENEFIT SERVICES, INC.<br><br>                    Defendants. | Case No.<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF CASE FROM THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA** |

TO:     TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO; PLAINTIFF BARBARA A. SPENCER., AND HER ATTORNEYS OF RECORD HEREIN:

Defendant, Stonebridge Benefit Services, Inc., pursuant to 28 U.S.C. §§ 1441 and 1446(a), respectfully files this Notice of Removal of this action from the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, in which it is now pending, to the United States District Court for the District of Idaho.  In support of such removal,

Defendant Stonebridge Benefit Services, Inc., by its undersigned attorneys, respectfully states and alleges:

1. Stonebridge Benefit Services, Inc., has been named as a defendant in the civil action brought in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, captioned *Barbara A. Spencer v. Capital One Bank, Capital One Services, Inc. and Stonebridge Benefit Services, Inc.,* (the "Action"). True and correct copies of the Summons and Complaint and Demand for Jury Trial are attached hereto as Exhibit "A." Also, filed with the State Court is Defendant Stonebridge Benefit Services, Inc.'s Notice of Appearance, a copy of which is attached hereto as Exhibit "B."

2. On April 23, 2007, the Plaintiff filed her First Amended Complaint and Demand for Jury Trial Pursuant to I.R.C.P. 38(b). Attached hereto as Exhibit "C" is a true and correct copy of the Plaintiff's First Amended Complaint and Demand for Jury Trial Pursuant to I.R.C.P. 38(b).

3. On April 23, 2007, the Plaintiff filed her Objection to Assignment to Magistrate Division and the Affidavit of Wade L. Woodward wherein she claims that the amount at issue exceeds $100,000. A true and correct copy of those pleadings are attached hereto as Exhibit "D" and incorporated herein by reference.

4. *Barbara A. Spencer v. Capital One Bank, Capital One Services, Inc. and Stonebridge Benefit Services, Inc.,* is a civil action in which Plaintiff seeks to recover against Defendants for declaratory relief, breach of contract, breach of the covenant of good faith and fair dealing, bad faith, negligence, fraud, constructive fraud, intentional infliction of emotional distress, negligent infliction of emotional distress, intentional interference with contract, punitive damages and attorneys fees. Other than the Complaint, Amended Complaint, the Notice of

Appearance, Objection to Assignment to Magistrate Division, and the Affidavit of Wade L. Woodard, no other significant pleadings have been served on the Defendant.

5.  On April 24, 2007, Plaintiff's attorney forwarded a settlement proposal requesting to settle this matter for $125,000. A true and correct copy of that e-mail is attached hereto as Exhibit "E" and incorporated herein by reference.

6.  That Plaintiff Barbara A. Spencer is, and at all relevant times has been, a resident of Ada County, Idaho.

7.  That Defendant Stonebridge Benefit Services, Inc. is a Delaware corporation with its principle place of business in Plano, Texas. For the purposes of removal and pursuant to 28 U.S.C. § 1332(c) the Defendant is not a citizen of the state of Idaho.

8.  The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs in that Plaintiff seek to recovers, among other things, damages for declaratory relief, breach of contract, breach of the covenant of good faith and fair dealing, bad faith, negligence, fraud, constructive fraud, intentional infliction of emotional distress, negligent infliction of emotional distress, intentional interference with contract, punitive damages and attorneys fees in excess of $75,000.

9.  Pursuant to 28 U.S.C. § 1332(a), the federal district courts have jurisdiction of any civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

10. Defendant Stonebridge Benefit Services, Inc. first received a copy of the Summons and Complaint through service on March 30, 2007. This Notice is timely filed as required by 28 U.S.C. § 1446(b), because it is filed within 30 days after Defendant's receipt of a copy of the Summons and Complaint.

11.	Upon information and belief, the Defendants Capital One Bank and Capital One Services, Inc. were served with a copy of the Summons and Complaint on April 2, 2007, but as of this date Capital One Bank and Capital One Services, Inc. have not filed an Answer or any other pleadings in response to the Complaint.  Thus, pursuant to 28 U.S.C. § 1446(a), those Defendants have not joined in the removal because they have not appeared in the Action.  *See Fee v. Wal-Mart Stores, Inc.*, 2006 WL 3149366 (D. Nev. 2006).

12.	No hearing has been set by the state court regarding any matter in this action, and Defendant Stonebridge Benefit Services, Inc., has taken no action in the state court proceeding except to file a Notice of Appearance.

13.	In accordance with the requirements of 28 U.S.C. § 1446(a) and Local Rule 81.1, Defendant is attaching hereto as Exhibit "F" a copy of the complete state court docket sheet as of the time of removal.  Other than the Docket Sheet, Complaint, Summons, Notice of Appearance, First Amended Complaint and Demand for Jury Trial, Objection to Assignment to Magistrate Division, and the Affidavit of Wade L. Woodard in Support of Objection to Assignment to Magistrate Division, no other significant pleadings have been filed in the state court action. (There are Affidavits of Service, Summons to the other Defendants, and a Notice of Reassignment in the file; however, the file was not available for the Defendant to copy said documents prior to filing for removal).

14.	Defendant reserves all defenses, including, but not necessarily limited to, those under Rule 12(b) of the Federal Rules of Civil Procedure and does not waive said defenses by the filing of this Notice.

15. Pursuant to 28 U.S.C. § 1446, the state court action which was commenced in the Fourth Judicial District of the State of Idaho, in and for the County of Ada, may be removed to the United States District Court for the District of Idaho.

16. Proper notice will be given this date to the Plaintiff herein, by and through her counsel of record, and to the Clerk of the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada; a true and correct copy of the Notice is attached hereto as Exhibit "G," and incorporated herein by reference.

WHEREFORE, Defendant Stonebridge Benefit Services, Inc. prays that the above-entitled action pending against it in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, be removed to this Court.

DATED this 27th day of April, 2007.

                EBERLE, BERLIN, KADING, TURNBOW,
                MCKLVEEN & JONES, CHARTERED

By   /S/
     Stanley J. Tharp
     Attorneys for Defendant Stonebridge Benefit
     Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was served upon the following attorney this 27th day of April, 2007, as indicated below and addressed as follows:

| | |
|---|---|
| Jon T. Simmons<br>Wade L. Woodard<br>GREENER BANDUCCI SHOEMAKER<br>950 W. Bannock Street, Suite 900<br>Boise, ID  83702 | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Overnight Mail<br>☐ Fax  ( 208 ) 319-2601 |

      /S/ _____
STANLEY J. THARP

**DEFENDANT'S NOTICE OF REMOVAL OF CASE FROM THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA - 6**
00147765