Jon T. Simmons (ISB No. 5006)
Wade L. Woodard (ISB No. 6312)
Dari M. Huskey (ISB No. 6651)
GREENER BANDUCCI SHOEMAKER P.A.
950 West Bannock Street, Suite 900
Boise, ID  83702
Telephone:  (208) 319-2600
Facsimile:  (208) 319-2601
Email:      jtsimmons@greenerlaw.com
            wwoodard@greenerlaw.com
            dhuskey@greenerlaw.com

Attorneys for Plaintiff

---

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BARBARA A. SPENCER,<br><br>          Plaintiff,<br><br>   v.<br><br>CAPITALONE BANK, CAPITALONE SERVICES, INC., and STONEBRIDGE BENEFIT SERVICES, INC.,<br><br>          Defendants. | Case No. 07-197-BLW<br><br>**STIPULATION TO AMEND CASE MANAGEMENT ORDER** |

The parties, by and through their respective counsel of record, hereby stipulate and agree to amend the Case Management Order entered June 7, 2007 to include March 21, 2008, as the deadline for Plaintiff to file a motion for leave to seek punitive damages.

STIPULATION TO AMEND CASE MANAGEMENT ORDER – Page 1

GREENER BANDUCCI SHOEMAKER, P.A.

DATED _July 16th, 2007_          By _____
                                    Wade L. Woodard, for the Firm
                                    *Attorney for Plaintiff*


EBERLE, BERLIN, KADING, TURNBOW,
McKLVEEN & JONES, Chtd.

DATED_____          By _____
                                    Stanley J. Tharp, for the Firm
                                    *Attorneys for Defendant*
                                    *Stonebridge Benefit Services, Inc.*


PERKINS COIE, LLP


DATED_____          By _____
                                    Christine M. Salmi, for the Firm


STIPULATION TO AMEND CASE MANAGEMENT ORDER – Page 2

GREENER BANDUCCI SHOEMAKER, P.A.

DATED_____          By_____
                                        Wade L. Woodard, for the Firm
                                        *Attorney for Plaintiff*


EBERLE, BERLIN, KADING, TURNBOW,
   McKLVEEN & JONES, Chtd.

DATED _July 17, 2007_____          By_____
                                        Stanley J. Tharp, for the Firm
                                        *Attorneys for Defendant*
                                        *Stonebridge Benefit Services, Inc.*


PERKINS COIE, LLP

DATED_____          By_____
                                        Christine M. Salmi, for the Firm
                                        *Attorneys for Defendant*
                                        *Capital One Bank and Capital One Services, Inc.*


STIPULATION TO AMEND CASE MANAGEMENT ORDER – Page 2

GREENER BANDUCCI SHOEMAKER, P.A.

DATED_____     By_____
                                        Wade L. Woodard, for the Firm
                                        *Attorney for Plaintiff*


EBERLE, BERLIN, KADING, TURNBOW,
   McKLVEEN & JONES, Chtd.

DATED_____     By_____
                                        Stanley J. Tharp, for the Firm
                                        *Attorneys for Defendant*
                                        *Stonebridge Benefit Services, Inc.*


PERKINS COIE, LLP

DATED_*7/17/07*_____     By__*Christine Salmi*_____
                                        Christine M. Salmi, for the Firm
                                        *Attorneys for Defendant*
                                        *Capital One Bank and Capital One Services, Inc.*


STIPULATION TO AMEND CASE MANAGEMENT ORDER – Page 2