Richard C. Boardman, ISB No. 2922
RBoardman@perkinscoie.com
Christine M. Salmi, ISB No. 5626
CSalmi@perkinscoie.com
PERKINS COIE LLP
251 East Front Street, Suite 400
Boise, ID  83702-7310
Telephone:  (208) 343-3434
Facsimile:  (208) 343-3232

Aaron D. Van Oort, MSB No. 315539
*Admitted Pro Hac Vice*
AVanOort@faegre.com
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone:  (612) 766-8138
Facsimile:  (612) 766-1600

Attorneys for Defendants
Capital One Bank and Capital One Services, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BARBARA A. SPENCER,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK; CAPITAL ONE SERVICES, INC.; and STONEBRIDGE BENEFIT SERVICES, INC.,<br><br>Defendants. | Case No.  CV 07-197-S-BLW<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendants Capital One Bank and Capital One Services, Inc. hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Memorandum Decision and Order entered in this action on September 11, 2007 (Docket No. 25), wherein the District Court denied the motion to compel arbitration filed by Defendants Capital One Bank and Capital One Services, Inc.

NOTICE OF APPEAL - 1
38268-0021/LEGAL13575021.1

DATED: September 21, 2007.

PERKINS COIE LLP

By: *Christine Salmi*
Christine M. Salmi
CSalmi@perkinscoie.com
251 East Front Street, Suite 400
Boise, ID 83702-7310
Telephone: (208) 343-3434
Facsimile: (208) 343-3232

Aaron D. Van Oort
AVanOort@faegre.com
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-8138
Facsimile: (612) 766-1600

Attorneys for Defendants
Capital One Bank and Capital One Services, Inc.

NOTICE OF APPEAL - 2
38268-0021/LEGAL13575021.1


## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

jtsimmons@greenerlaw.com (Jon T. Simmons)

wwoodard@greenerlaw.com (Wade L. Woodward)

stharp@eberle.com (Stanley J. Tharp)

And, I hereby certify that I have mailed by United States Postal Service the foregoing documents(s) to the following non-CM/ECF Registered Participant(s):

None

DATED: September 21, 2007.

PERKINS COIE LLP

By: *Christine Salmi*
Christine M. Salmi