Richard C. Boardman, Bar No. 2922
RBoardman@perkinscoie.com
Christine M. Salmi, Bar No. 5626
CSalmi@perkinscoie.com
PERKINS COIE LLP
251 East Front Street, Suite 400
Boise, ID 83702-7310
Telephone: (208) 343-3434
Facsimile: (208) 343-3232

Aaron D. Van Oort, Bar No. 315539
*Admitted Pro Hac Vice*
AVanOort@faegre.com
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Attorneys for Defendants
Capital One Bank and Capital One Services, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BARBARA A. SPENCER,<br><br>              Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK, CAPITAL ONE SERVICES, INC., and STONEBRIDGE BENEFIT SERVICES, INC.,<br><br>              Defendants. | Case No. CV 07-197-S-BLW<br><br>**STIPULATION FOR DISMISSAL** |

Plaintiff Barbara A. Spencer and Defendants Capital One Bank, Capital One Services, Inc., and Stonebridge Benefit Services, Inc., by their undersigned attorneys, hereby stipulate under Fed. R. Civ. P. 41(a)(1)(ii) that all claims in this action may be dismissed with prejudice and on the merits, with each side to bear its own costs and attorneys' fees.

DATED: 3/28/08

**PERKINS COIE LLP**

By: _____

Christine M. Salmi
CSalmi@perkinscoie.com
251 East Front Street, Suite 400
Boise, ID 83702-7310
Telephone: (208) 343-3434
Facsimile: (208) 343-3232

Aaron D. Van Oort
AVanOort@faegre.com
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

Attorneys for Defendants
Capital One Bank and Capital One Services, Inc.

DATED: 4-28-08

**BANDUCCI WOODWARD SCHWARTZMAN PLLC**

By: _____
Wade L. Woodward
802 W. Bannock
Suite 700
Boise, ID 83702
Telephone: (208) 342-4411
Facsimile: (208) 342-4455

Attorneys for Plaintiff Barbara A. Spencer

DATED: March 28, 2008

**EBERLE BERLIN KADING TURNBOW & MCKLVEEN**

By: _____
Stanley J. Tharp
P.O. Box 1368
Boise, ID 83701
Telephone: (208) 344-8535
Facsimile: (208) 344-8542

Attorneys for Defendant Stonebridge Benefit Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

wjones@eberle.com (Warren E. Jones)

stharp@eberle.com (Stanley J. Tharp)

csalmi@perkinscoie.com (Christine M. Salmi)

AVanOort@faegre.com (Aaron D. Van Oort0

And, I hereby certify that I have mailed by United States Postal Service the foregoing documents(s) to the following non-CM/ECF Registered Participant(s):

None

DATED: 4/28/08

**BANDUCCI WOODARD SCHWARTZMAN**

By: _____/s/_____
Wade L. Woodard

- 4
STIPULATION FOR DISMISSAL