IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BARBARA A. SPENCER,<br><br>　　　　Plaintiff,<br><br>v<br><br>CAPITAL ONE BANK, CAPITAL ONE SERVICES, INC., and STONEBRIDGE BENEFIT SERVICES, INC.,<br><br>　　　　Defendants. | Case No. CV-07-197-S-BLW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pending before the Court is the parties' Stipulation of Dismissal with Prejudice (Docket No. 36) filed April 28, 2008. The Court having considered the pleadings, shall approve the Stipulation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

IT IS HEREBY ORDERED THAT this case is DISMISSED, with prejudice, and each party shall bear its own costs and attorneys' fees.

DATED: **April 29, 2008**

B. LYNN WINMILL
Chief Judge
United States District Court

Order of Dismissal - 1