IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BARBARA A. SPENCER, ) | |
| ) | Case No. CV-07-197-S-BLW |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v ) | |
| ) | |
| CAPITAL ONE BANK, CAPITAL ONE ) | |
| SERVICES, INC., and STONEBRIDGE ) | |
| BENEFIT SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Pursuant to the Order of Dismissal filed concurrently herewith,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action be DISMISSED with prejudice.  This matter is hereby deemed closed.

DATED: **April 29, 2008**

B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 1**